# NITROCRETE, LLC
## RESOLUTIONS AND WRITTEN CONSENTS ADOPTED BY MANAGER
### NOVEMBER 16, 2021

WHEREAS, Nitro Holdings, LLC, a Colorado limited liability company, as the sole member and manager ("Manager") of Nitrocrete, LLC, a Colorado limited liability company (the "Company") has reviewed financial statements of the Company, reports prepared by management and other information concerning the financial condition of the Company; and

WHEREAS, the Manager has considered the Company's financial condition, its current and long-term liabilities, its limited liquidity, the strategic alternatives available and the effect of the foregoing on the Company's current and future business and business operations; and

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that the Company file a voluntary petition for relief (the "Bankruptcy Petition") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court").

FURTHER RESOLVED, that the Company's filing of the Bankruptcy Petition in the Bankruptcy Court be, and hereby is, approved.

FURTHER RESOLVED, that each of Stephen De Bever, Chief Executive Officer, and Kathleen Walton, Chief Financial Officer (each an "Authorized Officer") is authorized and empowered to execute on behalf of the Company (a) the Bankruptcy Petition and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officer executing the Bankruptcy Petition on behalf of the Company shall direct, and (b) any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate, including without limitation any restructuring transactions or agreements with any lender(s) to obtain debtor-in-possession financing and/or pursue a sale of the Company and/or substantially all of its assets together with such modifications, changes and amendments, as determined by the Authorized Officers to be appropriate, necessary, convenient or proper, to effectuate the transactions contemplated thereby.

FURTHER RESOLVED, that it is desirable and in the best interests of the Company, and the Authorized Officers are authorized and empowered to enter into a debtor-in-possession financing facility (the "DIP Facility") with any lender(s) in their discretion, to provide financing to the Company in connection with the chapter 11 proceedings together with such modifications, changes and amendments, as determined by the Authorized Officers to be appropriate, necessary, convenient or proper, to effectuate the transactions contemplated thereby.

FURTHER RESOLVED, that the Company be, and hereby is, authorized (i) to enter into a DIP Facility and to consummate the transactions contemplated thereunder including, without limitation, the incurrence of additional indebtedness as provided under a DIP Facility, and (ii) to execute and deliver any other agreement, instrument, certificate, document or writing of any kind

contemplated thereunder or otherwise necessary to carry out the transactions contemplated under a DIP Facility including, without limitation, any security agreements, mortgages, pledge agreements, assignments, and any other agreements, documents, instruments, certificates or writings of any kind whatsoever, and any Authorized Officer is hereby authorized and directed to execute and deliver the same on behalf of the Company, and to take any and all such other and further actions which such Authorized Officer or the Company's legal counsel may deem necessary or appropriate to effect the transactions contemplated under a DIP Facility.

FURTHER RESOLVED, that the Authorized Officers of the Company are authorized to retain on behalf of the Company the law firm of Markus Williams Young & Hunsicker LLC to act as bankruptcy counsel, upon such terms and conditions as the Authorized Officers shall approve, to render legal services to and to represent the Company in connection with such chapter 11 proceedings and other matters in connection therewith, subject to Bankruptcy Court approval.

FURTHER RESOLVED, that the Authorized Officers of the Company are authorized to retain on behalf of the Company the firm of Cordes & Company to act as financial advisor, upon such terms and conditions as the Authorized Officers shall approve, to provide financial advisory services to the Company (including testifying in connection with such chapter 11 proceeding), upon such terms and conditions as the Authorized Officers shall approve, subject to Bankruptcy Court approval.

FURTHER RESOLVED, that the Authorized Officers of the Company are authorized to retain on behalf of the Company SSG Advisors, LLC to act as an investment banking firm specializing in distressed businesses to provide financial advisory and marketing/sale services to the Company, to evaluate options, any DIP financing proposals or structures, and/or bankruptcy sales, upon such terms and conditions as the Authorized Officers shall approve, subject to Bankruptcy Court approval.

FURTHER RESOLVED, that the Authorized Officers of the Company are authorized to retain such other professionals, including, without limitation, accountants to provide financial and tax accounting services to the Company and bankruptcy administrative service providers, as they deem necessary and appropriate to represent, assist or consult with the Company during the chapter 11 proceeding, subject to Bankruptcy Court approval, if necessary

FURTHER RESOLVED, that the Authorized Officers of the Company are authorized and directed to take any and all further action and to execute and deliver any and all such further, affidavits, declarations, instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval, if required), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted hereby.

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer of the Company to file the Bankruptcy Petition or in any other connection with the Company's chapter 11 case, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

NITRO HOLDINGS, LLC,
Sole Member and Manager of Company

*Drew Nelson*

By 3B666F91375249BDD837D2059A57541B      contractworks.
Name: Drew Nelson
Manager

*Brian Mankwitz*

By 604BF3DE3A4E02BBAE5D87836D31DF2B      contractworks.
Name: Brian Mankwitz
Manager

*Kevin Foti*

By E70774E9FEE79E601778AAA3016487A1      contractworks.
Name: Kevin Foti
Manager

*Bill Sandbrook*

By 9CAE2FCF31A28DE2D5146ACDBA96AFB1      contractworks.
Name: Bill Sandbrook
Manager

*Kathleen Walton*

By E3F2BC31F8F0639B5ABFC8E8A7A8A3BE      contractworks.
Name: Kathleen Walton
Manager