**NITROcrete Holdings, LLC**
Key Employee Retention Plan                                                                                   November 16, 2021

---

The Key Employee Retention Plan (KERP) is established to incentivize employees, who are critical to the continued operation of the Company, to remain in the employment of the Company throughout its reorganization process, or, alternatively, through the completion of a sale to a new ownership group. The KERP has been approved by Company's Board of Directors, in consultation with and with the consent of Company's senior secured lender.  The KERP is subject to Bankruptcy Court approval and the Company shall file a motion seeking approval of the KERP upon filing for relief under Chapter 11 of the Bankruptcy Code and communicated to key employees to accomplish its purposes.

The KERP identifies specific Company employees and the associated cash bonus compensation ("KERP Bonus") that each will receive if the employee stays in the employment of the Company until the reorganization has been finalized or the sale of the company has been completed.   All staff employed by the Company while in bankruptcy will continue to earn their normal salary or hourly wage for hours worked.  Any employee who voluntarily leaves the employment of the Company prior to the date of sale or reorganization is not eligible for the KERP Bonus.  Any employee who is terminated by the Company for performance reasons prior to the date of the sale or reorganization is not eligible for the KERP Bonus.

A list of the key employees eligible for a KERP Bonus and the amount of the cash compensation is shown on Exhibit A-2, attached herewith.[1]

---

[1] The unredacted and complete Exhibit A will be made available to the Office of the U.S. Trustee and the Bankruptcy Court.

{Z0371647/1 }

EXHIBIT A

<u>**Exhibit A-2**</u>
**Nitrocrete Bankruptcy**
**Key Employee Retention Plan**

| Assigned Staff # | KERP Bonus |
|---|---|
| Staff # 1 | - |
| Staff # 2 | - |
| Staff # 3 | - |
| Staff # 4 | 20,000.00 |
| Staff # 5 | - |
| | |
| Staff # 6 | - |
| Staff # 7 | 13,333.35 |
| Staff # 8 | 11,665.33 |
| Staff # 9 | 6,167.20 |
| Staff # 10 | 20,415.20 |
| | |
| Staff # 11 | - |
| Staff # 12 | 6,958.33 |
| Staff # 13 | 7,708.13 |
| Staff # 14 | 12,497.33 |
| Staff # 15 | 9,583.32 |
| | |
| Staff # 16 | 15,416.68 |
| Staff # 17 | - |
| Staff # 18 | - |
| Staff # 19 | 6,916.00 |
| Staff # 20 | 21,083.30 |
| | |
| Staff # 21 | |
| Staff # 22 | 37,502.40 |
| Staff # 23 | - |
| | 189,246.58 |

EXHIBIT A