**NITROcrete Holdings, LLC**
Key Employee Incentive Plan                                                                                           November 16, 2021

---

The Key Employee Incentive Plan (KEIP) is established to incentivize executive level staff members, who are critical to the continued operation of the Company, to maximize the value of the Company throughout the sale or reorganization process for the benefit of the Company's creditors.   The KEIP has been approved by Company's Board of Directors, in consultation with and with the consent of Company's senior secured lender.  The KEIP is subject to Bankruptcy Court approval and the Company shall file a motion seeking approval of the KEIP upon filing for relief under Chapter 11 of the Bankruptcy Code.  The KEIP shall be communicated to executive-level employees upon its court approval to accomplish its purposes.

Under the terms of the KEIP, the identified executive-level staff members of the Company will receive a cash bonus ("KEIP Bonus") carved out from (i) the proceeds of a successful asset sale equal to the percentage of the Final Sales Price ,or (ii) upon confirmation and as set forth in a chapter 11 plan of reorganization  equal to the Enterprise Value of the reorganized company, as shown in Exhibit A-2.

For the purposes of this KEIP, the Final Sales Price is equal to the total consideration paid by a party for the Company's equity, assets, or any portion of either, plus the assumption or payoff of any indebtedness, as approved by the Court.

For the purposes of this KEIP, the Enterprise Value used in the KEIP Bonus calculation shall be equal to the sum of the following components:

a) The total value of all cash, securities or other property paid at the closing of the acceptance of the strategic transaction;

b) The total value all cash, security or other property _contemplated_ to be paid following the acceptance of the strategic transaction (including contingent payments, holdbacks or deferred payments) to the Company or its stockholders or related entities of the Company;

c) The amount of all indebtedness and "debt-like" or non-ordinary course liabilities (such as unfunded pension obligations, OPEB liabilities, environmental liabilities, tax obligations or similar liabilities) of the Company or its related entities assumed by the acquirer in the strategic transaction; and,

d) All amounts paid to the Company or its stockholders or related entities pursuant to any non-competition covenants or agreements, employment or consulting agreements, licensing or supply agreements or any similar arrangements.

All referenced above to indebtedness shall be deemed to mean the amount of such indebtedness, net of all cash, cash equivalents and short-term investments assumed by the acquirer in the strategic transaction.  In the event that a strategic transaction is consummated in one or more steps, any

EXHIBIT A

additional consideration paid or to be paid shall be included in the definition of Enterprise Value. In the case of the sale of a greater than 50% but less than 100% of the equity, the value of the equity shall be grossed up to 100% for the purposes of this calculation of Enterprise Value. The value of any contingent consideration and the fair market value of any securities or property shall be based upon a good faith determination of the Company and the advisors using reasonable assumptions and available information, including projections.

The full amount of the KEIP Bonus shall be paid in cash at closing of the sale or promptly following entry of an order confirming a chapter 11 plan.

A list of the key employees eligible for a KEIP Bonus and the amount of the cash compensation is shown on Exhibit A-2, attached herewith.[1]

---

[1] The unredacted and complete Exhibit A will be made available to the Office of the U.S. Trustee and the Bankruptcy Court.

{Z0371680/1}   2

EXHIBIT A

Exhibit A-2

**Nitrocrete Bankruptcy**
**Key Employee Incentive Program**  11/18/2021

| Assigned Staff # | Pro-Rata Share of Pool | Value (see Footnote): KEIP Pool % | <7,300,000 0.00% | 7,300,000 1.25% | 8,000,000 1.50% | 9,000,000 1.75% | 10,000,000 2.00% | 11,000,000 2.25% | 12,000,000 + 2.50% |
|---|---|---|---|---|---|---|---|---|---|
| Staff #1 | 40.43% | | - | 36,888 | 48,511 | 63,670 | 80,851 | 100,053 | 121,277 |
| Staff #2 | 35.46% | | - | 32,358 | 42,553 | 55,851 | 70,922 | 87,766 | 106,383 |
| Staff #3 | 24.11% | | - | 22,004 | 28,936 | 37,979 | 48,227 | 59,681 | 72,340 |
| | 100.00% | | - | 91,250 | 120,000 | 157,500 | 200,000 | 247,500 | 300,000 |

Footnote: "Value" for the purposes of this KEIP Bonus calculation is either the asset sale price resulting from a 363 sale or an Enterprise Value in the case of a reorganization, as further defined within the Key Employee Incentive Plan Summary.

EXHIBIT A