# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Lead Bankr. Case No. 21-15739-KHT |
| NITROCRETE, LLC | ) |
| EIN: 84-4321060 | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |
| In re | ) |
| | ) Case No. 21-15740-KHT |
| NITRO HOLDINGS, LLC | ) |
| EIN: 84-4342645 | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |
| In re | ) |
| | ) Case No. 21-15741-KHT |
| NITROCRETE IP, LLC | ) |
| EIN: 84-4364002 | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |
| In re | ) |
| | ) Case No. 21-15742-KHT |
| NITROCRETE EQUIPMENT, LLC | ) |
| EIN: 84-4360818 | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |
| In re | ) |
| | ) Case No. 21-15743-KHT |
| NITROCRETE HOLDINGS, LLC | ) |
| EIN: 85-3946334 | ) Chapter 11 |
| | ) |
| Debtor-in-Possession | ) **(Jointly Administered Under Lead** |
| | ) **Bankr. Case No. 21-15739-KHT)** |

## REPORT OF SALE

PLEASE TAKE NOTICE THAT:

1. <u>Sale Motion</u>. On December 30, 2021, NITROcrete, LLC, Nitro Holdings, LLC, NITROcrete IP, LLC, NITROcrete Equipment, LLC, and NITROcrete Holdings, LLC, the debtors and debtors-in-possession in the above-captioned, jointly administered chapter 11 cases (each a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") filed their *Motion For Entry of Order: (I) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights,*

1

*Encumbrances and Other Interests Pursuant to 11 U.S.C. §§ 363(b), 363(f) and 363(m); and (III) Granting Related Relief* at Docket No. 233.

2. <u>Sale Order</u>. After notice and a hearing, on January 25, 2022, the Court entered its *Order: (I) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to 11 U.S.C. §§ 363(b), 363(f) and 363(m); and (III) Granting Related Relief* at Docket No. 319 ("**Sale Order**").

3. <u>Closing</u>. On January 31, 2022, the Debtors closed on the sale of substantially all assets with Nitrocrete LLC, an Indiana limited liability company formerly known as Nitro Acquisition, LLC, as buyer, in accordance with the Sale Order and the approved Asset Purchase Agreement dated January 11, 2022 and First Addendum to Asset Purchase Agreement filed at Docket No. 303-1 (including all ancillary documents and as modified or supplemented by the Sale Order). The final purchase price was $6,500,000.00.

4. <u>Payments from Closing</u>. Commencing on February 1, 2022, the Debtors shall disburse proceeds from sale as authorized by and in accordance with the Sale Order.

Dated: February 1, 2022

Respectfully submitted,

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/ Matthew T. Faga*
James T. Markus, # 25065
Matthew T. Faga, # 41132
Zachary G. Sanderson, #52899
William G. Cross, #52952
1775 Sherman Street, Suite 1950
Denver, Colorado 80203-4505
Telephone (303) 830-0800
Facsimile (303) 830-0809
Email: mfaga@markuswilliams.com

*Counsel for the Debtor-In-Possession*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 1, 2022, true and correct copies of the Report of Sale were filed and served via CM/ECF pursuant to L.B.R. 9013-1 and 9036-1 or as indicated below on the following:

**Via CM/ECF:**
- **Steven E. Abelman**   sabelman@bhfs.com, ggnagi@bhfs.com; sgrisham@bhfs.com
- **John H Bernstein**   john.bernstein@kutakrock.com, trina.rioux@kutakrock.com
- **Robert Samuel Boughner**   Samuel.Boughner@usdoj.gov
- **William Cross**   wcross@markuswilliams.com, sschaefer@markuswilliams.com; Docket@markuswilliams.com
- **Matthew T. Faga**   mfaga@markuswilliams.com, janderson@markuswilliams.com; docket@markuswilliams.com
- **Tara L. Grundemeier**   houston_bankruptcy@lgbs.com
- **Adam L. Hirsch**   adam.hirsch@dgslaw.com
- **Tara LeDay**   tleday@mvbalaw.com, aging@mvbalaw.com
- **James T. Markus**   jmarkus@markuswilliams.com, docket@markuswilliams.com; sschaefer@markuswilliams.com
- **Steven P. Ordaz**   sordaz@bmcgroup.com, bmc@ecfAlerts.com
- **Keri L. Riley**   klr@kutnerlaw.com, vlm@kutnerlaw.com
- **Zachary Sanderson**   zsanderson@markuswilliams.com, janderson@markuswilliams.com; docket@markuswilliams.com; sschaefer@markuswilliams.com
- **Michael B. Schaedle**   schaedle@blankrome.com
- **Laurie Spindler**   laurie.spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com; Olivia.Salvatierra@lgbs.com; dallas.bankruptcy@lgbs.com
- **Lisa P Sumner**   lsumner@nexsenpruet.com
- **US Trustee**   USTPRegion19.DV.ECF@usdoj.gov
- **David Wadsworth**   dwadsworth@wgwc-law.com, 7002299420@filings.docketbird.com; dtackett@wgwc-law.com
- **Elizabeth Helen Weller**   Dora.Casiano-Perez@lgbs.com, Dora.Casiano-Perez@lgbs.com; dallas.bankruptcy@lgbs.com
- **Deanna L. Westfall**   deanna.westfall@coag.gov, Robert.padjen@coag.gov; jade.darnell@coag.gov
- **Matthew M. Wolf**   mwolf@allen-vellone.com, la@allen-vellone.com, allen-vellone@myecfx.com

**Via U.S. Mail:**

| | |
|---|---|
| Cordes & Company | Gregory P. Durbin |
| Attention: Mike Staheli | Polsinelli |
| 5299 DTC Blvd., Suite 600 | 1401 Lawrence, Suite 2300 |
| Greenwood Village, CO 80111 | Denver, CO 80202 |

SSG Advisors, LLC
Attn: Teresa C. Kohl, Managing Director
300 Bar Harbor Drive, Suite 420
West Conshohocken, PA 19428

Linda D. Reece
Perdue, Brandon, Fielder, Collins & Mott
1919 S. Shiloh Road
Suite 640, LB 40
Garland, TX 75042

Seward & Kissel LLP
Attn: John R. Ashmead, Esq.
Attn: Robert J. Gayda, Esq.
Attn: Catherine V. LoTempio, Esq.
One Battery Park Plaza
New York, NY 10004


Dated: February 1, 2022

*/s/ Serina Schaefer*
Markus Williams Young & Hunsicker LLC
1775 Sherman Street, Suite 1950
Denver, CO 80203
Telephone: 303-830-0800