# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| NITROCRETE, LLC | ) | Case No. 21-15739 KHT |
| EIN: 84-4321060 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO APPROVE STIPULATION AND ORDER APPROVING STIPULATION FOR WITHDRAWAL OF CLAIM NO. 1

THIS MATTER is before the Court on the Motion to Approve Stipulation for Withdrawal of Claim No. 1 ("Motion"), filed by the Chapter 7 Trustee, Daniel A. Hepner ("Trustee"). The Motion seeks approval of a Stipulation for Withdrawal of Claim No. 1 between the Trustee and the Trident Transport ("Stipulation"). The Court has reviewed the Motion and the Stipulation and hereby

ORDERS that the Motion is GRANTED and the Stipulation is approved; and

FURTHER ORDERS that Claim No. 1 is deemed withdrawn pursuant to the Stipulation.

DONE this 16th day of __October__, 2025.

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge